# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. Robert Hindin,<br><br>Plaintiff-Relator,<br><br>v.<br><br>AETNA, INC., EXPRESS SCRIPTS HOLDING COMPANY, CVS CAREMARK, WALMART, INC., WALGREENS BOOTS ALLIANCE, INC., CVS HEALTH, CORP., CIGNA, WELLCARE HEALTH PLANS, INC., CENTENE CORPORATION, INC.<br><br>Defendants. | Civil Action No. 22-cv-92<br><br>**FILED UNDER SEAL** |

## ORDER

AND NOW, this   28th   day of   June  , 2023, upon consideration of the Motion of Walden Macht & Haran, LLP and any response thereto, it is hereby ORDERED and DECREED that Walden Macht & Haran LLP's Motion to Withdraw as Counsel of Record is GRANTED.

BY THE COURT:

/s/ Joel H. Slomsky
HONORABLE JOEL H. SLOMSKY
United States District Judge